UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>WYNDHAM INTERNATIONAL, INC.,<br>a Delaware Corporation<br><br>Defendant. | 1:04-CV-04-12298-MEL |

### ASSENTED-TO MOTION TO EXTEND THE TIME
### TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT

Defendant Wyndham International, Inc ("Wyndham") hereby moves this court for a fifteen (15) day extension of time, through December 8, 2004 to respond to the complaint in this action. As grounds therefore Wyndham states as follows:

1. This is an action under the Americans with Disabilities Act (the "ADA");

2. The complaint purports to allege 46 violations of the ADA;

3. Wyndham is a non-Massachusetts based company that has recently contacted the undersigned law firm to represent it in this action;

4. The time for Wyndham to respond to the allegations of the complaint in this action expires on or about November 23, 2004;

5. The requested additional time is needed in order for (i) Wyndham to investigate the claims in the complaint and formulate a response, and (ii) for the undersigned firm to address certain client related issues concerning its representation of Wyndham in this action; and

6. Plaintiff has assented to this motion.

WHEREFORE, Wyndham requests that the Court grant this motion.

ASSENTED TO:

| | |
|---|---|
| GEORGE IVERSON, | WYNDHAM INTERNATIONAL, INC., a Delaware Corporation |
| By his attorneys, | By its attorneys |
| _O.Oliver Wragg (TPV)(Per permission)_ | _Timothy P. Van Dyck_ |
| O. Oliver Wragg, Esq. | Timothy P. Van Dyck (BBO 548347) |
| (Bar No.: 643152) | Windy L. Rosebush (BBO #636962) |
| FULLER, FULLER & ASSOCIATES, P.A. | EDWARDS & ANGELL, LLP |
| 12000 Biscayne Blvd., Suite 609 | 101 Federal Street |
| North Miami, FL 33181 | Boston, MA 02110 |
| (305) 891-5199 – Dade | (617) 439-4444 |
| (954) 463-6570 – Broward | |
| (305-893-9505 - Fax | |

## LOCAL RULE 7.1 CERTIFICATION

I, Timothy P. Van Dyck, hereby certify that on November 22, 2004, I contacted the law firm of Fuller, Fuller & Associates, P.A. and spoke with Oliver Wragg's assistant, Jacqueline. She, on his behalf, agreed to assent to a fifteen day extension of time to respond to the Complaint.

_Timothy P. Van Dyck_
Timothy P. Van Dyck

SO ORDERED:

_____
United States District (Magistrate) Judge