UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                          )
GEORGE IVERSON, Individually,             )   Case No. 04 12298 MEL
                                          )
            Plaintiff,                    )
                                          )
v.                                        )   Magistrate Judge Cohen
                                          )
WYNDHAM INTERNATIONAL, INC.,              )
                                          )
            Defendant.                    )
_____)

**SECOND ASSENTED-TO MOTION TO EXTEND THE TIME
TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Wyndham International, Inc ("Wyndham") hereby moves this court for a fifteen (15) day extension of time, through December 23, 2004 to respond to the complaint in this action.  As grounds therefore Wyndham states as follows:

1. This is an action under the Americans with Disabilities Act (the "ADA");

2. The complaint purports to allege 46 violations of the ADA;

3. Wyndham is a non-Massachusetts based company that has recently contacted the undersigned law firm to represent it in this action;

4. Wyndham has today filed a Motion to Substitute Martha's Vineyard Associates ("MVA") for Wyndham as the Defendant on the grounds that MVA is the owner and real party in interest in this litigation pursuant to Fed. R. Civ. P. 17(a).  The undersigned firm will represent MVA if the Motion to Substitute is allowed.

4. The time for Wyndham (or MVA if the Motion to Substitute is allowed) to respond to the allegations of the complaint in this action expires on or about December 8, 2004;

5.  The requested additional time is needed in order for the Defendant to investigate the claims in the complaint and formulate a response; and

6.  Plaintiff has assented to this motion.

**WHEREFORE,** Wyndham requests that the Court grant this motion.

                                           WYNDHAM INTERNATIONAL, INC.,

                                           By its attorneys

Date:  December 10, 2004            ____/s/ Windy L. Rosebush _____
                                           Timothy P. Van Dyck (BBO #548347)
                                           Windy L. Rosebush (BBO #636962)
                                           Edwards & Angell, LLP
                                           101 Federal Street
                                           Boston, MA  02110
                                           (617) 439-4444

Assented to by:                           GEORGE IVERSON,

                                           By his attorneys

                                           __/s/ John P. Fuller (w/auth)_____
                                           O. Oliver Wragg, Esq. (BBO 643152)
                                           John P. Fuller, Esq.
                                           FULLER, FULLER and ASSOCIATES, P.A.
                                           12000 Biscayne Blvd., Suite 609
                                           North Miami, FL 33181
                                           (305) 891-5199 – Dade
                                           (954) 463-6570 – Broward

- 3 -

## CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon O. Oliver Wragg, Esq. and John P. Fuller, Esq. by first class mail, postage pre-paid at Fuller, Fuller and Associates, P.A., 120000 Biscayne Blvd., Suite 609, North Miami, FL 33181on December 10, 2004.

    _____/s/ Windy L. Rosebush _____