UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORGE IVERSON, Individually, | ) | Case No. 04 12298 MEL |
| Plaintiff, | ) | |
| v. | ) | Magistrate Judge Cohen |
| WYNDHAM INTERNATIONAL, INC., | ) | |
| Defendant. | ) | |

**DEFENDANT'S ASSENTED TO MOTION TO SUBSTITUTE THE DEFENDANT WITH THE REAL PARTY IN INTEREST PURSUANT TO FED. R. CIV. P. 17(A)**

Defendant Wyndham International, Inc. ("Wyndham") hereby moves, with the assent of Plaintiff George Iverson ("Iverson"), to substitute Martha's Vineyard Associates ("MVA"), a Delaware general partnership, as the Defendant in this matter for all purposes pursuant to Fed. R. Civ. P. 17(a).

In support thereof, Wyndham states that MVA is the owner of the Harborview Hotel, located at 131 North Water Street, Edgartown, Massachusetts, which is the property at issue in the Plaintiff's Complaint, brought pursuant to Title III of the Americans with Disabilities Act ("the ADA") and regulations interpreting Title III of the ADA. As such, MVA is the real party in interest in this litigation within the meaning of Rule 17(a), and should be substituted for Wyndham as the Defendant.

Counsel for Wyndham also represents MVA and certifies that MVA is the owner of the property at issue and consents to its substitution for Wyndham.

Therefore, the Defendant, with the assent of the Plaintiff and MVA, respectfully requests that this Court permit MVA to be substituted for Wyndham as the Defendant in this matter.

|  |  |
|---|---|
|  | WYNDHAM INTERNATIONAL, INC., |
|  | By its attorneys |
| Date: December 10, 2004 | ____/s/ Windy L. Rosebush _____<br>Timothy P. Van Dyck (BBO #548347)<br>Windy L. Rosebush (BBO #636962)<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA  02110<br>(617) 439-4444 |
| Assented to by: | GEORGE IVERSON, |
|  | By his attorneys |
|  | __/s/ John P. Fuller (w/auth)_____<br>O. Oliver Wragg, Esq. (BBO 643152)<br>John P. Fuller, Esq.<br>FULLER, FULLER and ASSOCIATES, P.A.<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>(305) 891-5199 – Dade<br>(954) 463-6570 – Broward |

**CERTIFICATE OF SERVICE**

I, Windy L. Rosebush, hereby certify that a true copy of the above document was served upon O. Oliver Wragg, Esq. and John P. Fuller, Esq. by first class mail, postage pre-paid at Fuller, Fuller and Associates, P.A., 120000 Biscayne Blvd., Suite 609, North Miami, FL 33181on December 10, 2004.

_____/s/ Windy L. Rosebush _____