IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually<br><br>Plaintiff,<br><br>v.<br><br>MARTHA'S VINEYARD ASSOCIATES<br><br>Defendant. | Case Number: 01:04-CV-12298-MEL<br><br>**AFFIDAVIT OF JOHN PAUL FULLER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date: 12/17/04

_____
John P. Fuller, Esquire

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 17th day of December, 2004, by John P. Fuller

_____
NOTARY PUBLIC, State of Florida at Large

MONICA MARTA
MY COMMISSION # DD 253385
EXPIRES: January 26, 2008
Bonded Thru Notary Public Underwriters

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____

EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually<br><br>Plaintiff,<br><br>v.<br><br>MARTHA'S VINEYARD ASSOCIATES<br><br>Defendant. | Case Number:01:04-CV-12298-MEL<br><br>**ORDER ON MOTION OF JOHN PAUL FULLER TO BE ADMITTED PRO HAC VICE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney JOHN P. FULLER is permitted to argue or try this particular case in whole or in part as counsel or advocate.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: _____

_____
United States District Judge

cc:  John P. Fuller, Esq.
     Timothy P. Van Dyck, Esq.