IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually

Plaintiff,

v.

MARTHA'S VINEYARD ASSOCIATES

Defendant.

Case Number: 01:04-CV-12298-MEL

RECEIVED JAN 10 2005 BY: 3617-MN

### PLAINTIFF'S CERTIFICATION

George Iverson, and the undersigned counsel for said Plaintiff hereby certify that they have conferred with a view to establishing a budget for the cost of conducting the full course - and various alternate courses - for the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: 1/10/06

_____
GEORGE IVERSON, Plaintiff

_____
O. Oliver Wragg, Esquire
Of Counsel
Fuller, Fuller and Associates, P.A.