IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually<br><br>Plaintiff,<br><br>v.<br><br>MARTHA'S VINEYARD ASSOCIATES, a Delaware General Partnership,<br><br>Defendant. | . Case Number:01:04-CV-12298-MEL<br>.<br>.<br>.<br>. **MOTION TO ALLOW PLAINTIFF'S**<br>. **COUNSEL TO APPEAR**<br>. **TELEPHONICALLY AT THE**<br>. **SCHEDULING CONFERENCE, OR**<br>. **ALTERNATIVELY TO POSTPONE THE**<br>. **SCHEDULING CONFERENCE SET FOR**<br>. **MARCH 3, 2005.** |

COME NOW, the undersigned attorneys for the Plaintiffs, and respectfully move this Court pursuant to Local Rule 40.3(a) for good cause to allow Plaintiffs' counsel to appear telephonically at the scheduling conference, or in the alternative, to postpone the scheduling conference and as grounds thereof state the following:

1.      Counsel for the Plaintiff has its principal place of business in Miami, Florida, although one of its attorneys involved in this case is licensed to to practice law in the United States District Court for the District of Massachusetts.

2.      Counsel for Plaintiffs, Tracie L. Dickerson, practices from the firm's Miami office and is scheduled to be in Boston from March 12, 2005 through March 19, 2005. One purpose of this trip is to appear at a mutually agreed to inspection of the property that is the subject matter of this lawsuit. Ms. Dickerson, if admitted Pro Hac Vice or Mr. Fuller may be able to attend a scheduling conference on Wednesday, March 16 or Friday, March 18, 2005 in the late afternoon.

3.      It would be great expense for Ms. Dickerson or Mr. Fuller to fly to Boston for the scheduling conference currently set for March 3, 2005.

4.  Counsel for Plaintiffs have submitted a Proposed Joint Scheduling Plan to Counsel for the Defendant and firmly believe that this Plan will be submitted to the court forthcoming.

5.  The undersigned certifies that there has been confirmation with opposing counsel who has stated that he has no objection to counsel for the Plaintiffs appearing telephonically at the March 3, 2005 hearing.

Respectfully submitted,

FULLER, FULLER & ASSOCIATES, P.A.
*Attorneys for Plaintiffs*
12000 Biscayne Boulevard, Suite 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

By *O. Oliver Wragg* with express permission
O. Oliver Wragg, Esq. (643152)

3626/M-Appear Telephonically to Scheduling Conf.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Timothy P. VanDyck; Edwards & Angell, LLP; 101 Federal Street; Boston, MA 02110.

On this ____7____ day of February, 2005.

                                                                                                          _O. Oliver Wragg_ with express permission
                                                                                                               O. Oliver Wragg, Esq.

3626/M-Appear Telephonically to Scheduling Conf.wpd