UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MARTHA'S VINEYARD ASSOCIATES, a<br>Delaware General Partnership,<br><br>　　　　　　　　Defendant. | Case Number:01:04-CV-12298-MEL |

[PROPOSED] JOINT SCHEDULING STATEMENT
PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(d), the parties submit the following joint statement in connection with the Scheduling Conference to be held on:

1. **Matters to be Discussed at Conference.** The parties will appear prepared to discuss the following issues:

    a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

    b. Anticipated dispositive and pre-trial motions;

    c. Alternative Dispute Resolution; and

    d. Settlement.

2. **Procedural Motions and other Pending Matters.** There is a pending motion to substitute Martha's Vineyard Associates for Wyndham International, Inc. which should be ruled upon and granted at the Scheduling Conference since it was assented to by Mr. Fuller.

3. **Schedule for Discovery.** The parties have agreed on the following discovery schedule:

| DEADLINE OR EVENT | AGREED DATE |
| --- | --- |
| Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) | March 11, 2005 with supplementation as necessary through the course of discovery |
| Motion to Add Parties or to Amend Pleadings | April 11, 2005 |
| Fact Discovery Deadline<br>• All written discovery requests (including deposition notices seeking the production of documents) must be served not later than 33 days before discovery closes [by June 8, 2005]<br>• All other deposition notices must be served no later than 14 days before discovery closes [by June 27, 2005] | July 11, 2005 |
| Plaintiffs' Expert Reports | August 11, 2005 |
| Defendant's Expert Reports | September 12, 2005 |
| Motions for Summary Judgment | September 30, 2005 |
| Final Pretrial Conference | On or about October 31, 2005 |
| All other Motions, including Motions In Limine | November 11, 2005 |
| Trial Date | December 5, 2005 |
| Estimated Length of Trial [trial days] | 2 days |

4. **Discovery Limits.** The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery. Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

5. **Settlement.** The parties have agreed that settlement is likely, but do not at this time request a settlement conference before a Magistrate Judge.

6.  **Trial by Magistrate Judge.** At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

7.  **Budget and Alternative Dispute Resolution.** Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution. The parties are willing to participate in mediation in an attempt to resolve this matter. Each party shall file their certifications required pursuant to Local Rule 16.1(d)(3).

8.  **Modification of Schedule.** All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Date: February ___25_____ 2005.

Counsel for Plaintiff:                         Counsel for Defendant:

By:_____/s_____               By:_____/s_____
                                              Timothy P. Van Dyck
  O. Oliver Wragg, Esq. (BBO #643152)         Edwards & Angell, LLP
  Fuller, Fuller & Associates, P.A.           101 Federal Street
  12000 Biscayne Blvd., Suite 609             Boston, MA 02110
  North Miami, FL 33181                       Tvandyck@EdwardsAngell.com
  FFA@FullerFuller.com                        Tel.: (617) 951-2254
  Tel.: (305) 891-5199                        Fax: (617) 439-4170
  Fax: (305) 893-9505