UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MARTHA'S VINEYARD ASSOCIATES, ) <br> ) <br> Defendant. ) | Case No. 04 12298 MEL |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

I, Timothy P. Van Dyck, as counsel for the Defendant Martha's Vineyard Associates, hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a)   a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

b)   the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_____
Peter Braverman
Executive Vice President

/s/ Timothy P. Van Dyck_____
Timothy P. Van Dyck (BBO # 548347)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444

Date: March 3, 2005

### CERTIFICATE OF SERVICE

I, Timothy P. Van Dyck, hereby certify that on this 3rd day of March, 2005, I caused a copy of the foregoing document to be served upon O. Oliver Wragg, Esq. by filing the same electronically and by first class mail, postage pre-paid to John P. Fuller, Esq. Fuller, Fuller and Associates, P.A., 120000 Biscayne Blvd., Suite 609, North Miami, FL 33181.

/s/ Timothy P. Van Dyck_____