UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GEORGE IVERSON, Individually, | ) | Case No. 04 12298 MEL |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MARTHA'S VINEYARD ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S ASSENTED TO MOTION**
**TO AMEND THE SCHEDULING ORDER**

The Defendant Martha's Vineyard Associates ("Defendant") moves, with the assent of

the Plaintiff, to amend the deadlines in the Scheduling Order, entered by this Court on March 11,

2005, as follows:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Fact Discovery Deadline | July 11, 2005<br>• All written discovery requests (including deposition notices seeking the production of documents) must be served not later than 33 days before discovery closes [by June 8, 2005]<br>• All other deposition notices must be served no later than 14 days before discovery closes [by June 27, 2005] | **August 1, 2005**<br>• All written discovery requests (including deposition notices seeking the production of documents and all other deposition notices) must be served not later than **July 15, 2005.**<br><br>• Defendant's Answers to Interrogatories and Requests for Production of Documents will be responded to no later than **August 1, 2005.** |
| Plaintiff's Expert Report(s) | August 11, 2005 | **Same.** |

| Defendant's Expert Report(s) | September 12, 2005 | **Same.** |
|---|---|---|
| Motions for Summary Judgment | September 30, 2005 | **Same.** |
| Final Pre-Trial Conference | On or about October 31, 2005 | **Same.** |
| All other Motions, including Motions in Limine | November 11, 2005 | **Same.** |
| Trial Date | December 5, 2005 | **Same.** |
| Estimated Length of Trial | 2 days | **Same.** |

In support of the Motion, Defendant states that on March 14, 2005, the Defendant voluntarily permitted Plaintiff's expert access to the property in order for him to assess the Plaintiff's Americans with Disabilities Act ("ADA") claims. This was done in order to determine if an early resolution to this case could be reached. Defendant's counsel received Plaintiff's expert report and proposal for modification of the Defendant's property on April 28, 2005. Since that time, it has diligently undertaken an investigation of the reasonableness and feasibility of the requested modifications. Due to bad weather on Martha's Vineyard in May, 2005 and the subsequent Memorial Day holiday, the Defendant's investigation has been delayed. However, Defendant is actively assessing in good faith whether the requests for modifications are feasible, both structurally and financially.

In order to avoid unnecessary litigation and the related costs, the Defendant has focused its efforts (including the time of its employees and the cost of consultants) on determining whether the parties can reach agreement on the requested modifications, rather than responding to Plaintiff's discovery requests or propounding discovery on the Plaintiff. Defendant has apprised Plaintiff of its position and the Plaintiff has granted extensions on the discovery as a

BOS_491866_1/WROSEBUSH

compromise. The parties agree that it is in their interest to explore whether this matter can be resolved promptly by making modifications to the Defendant's property which satisfy the Plaintiff's request and the ADA, rather than engaging in costly litigation.

Therefore, with the assent of the Plaintiff, the Defendant requests that the Court enter the Amended Scheduling Order proposed above. The request for amendment of the Scheduling Order is not requested to interpose delay, and will not prejudice any party in light of the assent of all parties to this Motion.

MARTHA'S VINEYARD ASSOCIATES,

By its attorneys

Date: June 13, 2005

____/s/ Windy L. Rosebush _____
Timothy P. Van Dyck (BBO #548347)
Windy L. Rosebush (BBO #636962)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Assented to by:

GEORGE IVERSON,

By his attorneys

Date: June 13, 2005

____/s/ John P. Fuller (w/auth)_____
O. Oliver Wragg, Esq. (BBO #643152)
John P. Fuller, Esq., *pro hac vice*
FULLER, FULLER and ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199 – Dade
(954) 463-6570 – Broward

BOS_491866_1/WROSEBUSH

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this 13th day of June, 2005, I caused a copy of the foregoing document to be served upon O. Oliver Wragg, Esq. by filing the same electronically and by first class mail, postage pre-paid to John P. Fuller, Esq. Fuller, Fuller and Associates, P.A., 120000 Biscayne Blvd., Suite 609, North Miami, FL 33181.

_____/s/ Windy L. Rosebush _____

BOS_491866_1/WROSEBUSH