UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
GEORGE IVERSON, Individually,         )   Case No. 04 12298 MEL
                                      )
            Plaintiff,                )
v.                                    )
                                      )
MARTHA'S VINEYARD ASSOCIATES,         )
                                      )
            Defendant.                )
_____)

**DEFENDANT'S SECOND ASSENTED TO MOTION
TO AMEND THE DISCOVERY DEADLINE**

The Defendant Martha's Vineyard Associates ("Defendant") moves, with the assent of the Plaintiff, to amend the discovery deadline in the Scheduling Order entered by this Court, as follows:

| EVENT | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| Fact Discovery Deadline | August 1, 2005<br>• All written discovery requests (including deposition notices seeking the production of documents and all other deposition notices) must be served not later than July 15, 2005.<br><br>Defendant's Answers to Interrogatories and Requests for Production of Documents will be responded to no later than August 1, 2005. | • **September 1, 2005**<br>• All written discovery requests (including deposition notices seeking the production of documents and all other deposition notices) must be served not later than **September 1, 2005.**<br><br>Defendant's Answers to Interrogatories and Requests for Production of Documents will be responded to no later than **September 1, 2005.** |
| Plaintiff's Expert Report(s) | August 11, 2005 | **Same** |
| Defendant's Expert Report(s) | September 12, 2005 | **Same.** |

| Motions for Summary Judgment (filed) | September 30, 2005 | **Same.** |
|---|---|---|
| Final Pre-Trial Conference | On or about October 31, 2005 | **Same.** |
| All other Motions, including Motions in Limine | November 11, 2005 | **Same.** |
| Trial Date | December 5, 2005 | **Same.** |
| Estimated Length of Trial | 2 days | **Same.** |

In support of this Motion, Defendant states that the Parties have made substantial progress towards an amicable resolution of this matter. In particular, on June 29, 2005, Defendant responded to Plaintiff's expert report and proposal for modification of the Defendant's property. On July 12, 2005, Defendant's counsel received Plaintiff's expert's response to the Defendant's position on the requested modifications of the property. Based upon this response and communication between counsel, it appears that the parties are in substantial agreement on the majority of the requested modifications. However, additional time is still needed to determine if a satisfactory resolution of this matter can be reached on all outstanding issues.

In order to avoid unnecessary litigation and the related costs, the Parties have focused their efforts on determining whether the Parties can reach agreement on the requested modifications, rather than exchanging discovery requests and responses. The Parties agree that it is in their interest to continue to work toward a mutually acceptable resolution of this matter, rather than engaging in costly litigation.

Therefore, with the assent of the Plaintiff, the Defendant requests that the Court enter the Amended Scheduling Order proposed above, which only seeks to modify the discovery deadline,

and does not impact the other deadlines in this matter. The request for amendment of the Scheduling Order is not requested to interpose delay, and will not prejudice any party in light of the assent of all Parties to this Motion.

|  |  |
|---|---|
|  | MARTHA'S VINEYARD ASSOCIATES, |
|  | By its attorneys |
| Date:  July 18, 2005 | ____/s/ Windy L. Rosebush _____<br>Timothy P. Van Dyck (BBO #548347)<br>Windy L. Rosebush (BBO #636962)<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA  02110<br>(617) 439-4444 |
| Assented to by: | GEORGE IVERSON, |
|  | By his attorneys |
| Date: July 14, 2005 | ____/s/ John P. Fuller (w/auth)_____<br>O. Oliver Wragg, Esq. (BBO #643152)<br>John P. Fuller, Esq., *pro hac vice*<br>FULLER, FULLER and ASSOCIATES, P.A.<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>(305) 891-5199 – Dade<br>(954) 463-6570 – Broward |

**CERTIFICATE OF SERVICE**

    I, Windy L. Rosebush, hereby certify that on this 18th day of July, 2005, I caused a copy of the foregoing document to be served upon O. Oliver Wragg, Esq. by filing the same electronically and by first class mail, postage pre-paid to John P. Fuller, Esq. Fuller, Fuller and Associates, P.A., 120000 Biscayne Blvd., Suite 609, North Miami, FL 33181.

                                              ____/s/ Windy L. Rosebush _____