# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON <br>        Plaintiff <br><br> V. <br><br> WYNDHAM INTERNATIONAL, INC. et al <br>        Defendant | CIVIL ACTION <br><br> NO.  04-12298-MEL |

## SETTLEMENT ORDER OF DISMISSAL

**LASKER, S.D.J.**

     The Court having been advised on  January 13, 2006   that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (30) days if settlement is not consummated.

                                                                                  By the Court,

| | |
|---|---|
|  January 13, 2006  <br> Date | /s/ George H. Howarth <br> Deputy Clerk |