# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Timothy P. Van Dyck

617.951.2254
*fax* 617.439.4170
tvandyck@edwardsangell.com

**BY ELECTRONIC FILING**

January 26, 2006

Clerk
United States District Court for
  the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:    George Iverson v. Wyndham International, Inc., C.A. No. 1:04-CV-04-12298-MEL

Dear Sir or Madam:

Enclosed for filing with your office please find Stipulation of Dismissal with Prejudice in connection with the above-referenced matter.

Thank you for your assistance.

Very truly yours,

Timothy P. Van Dyck

TPV/blt

Enclosure

Cc:  John P. Fuller, Esq. (w/enc.) (by first class mail)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,          )    Case No. 04 12298 MEL
                                       )
                 Plaintiff,            )
                                       )
v.                                     )
                                       )
MARTHA'S VINEYARD ASSOCIATES,          )
                                       )
                 Defendant.            )
                                       )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff George Iverson, by his attorneys, and defendant Martha's Vineyard Associates, by its attorneys, stipulate and agree that the above-captioned action be dismissed with prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

GEORGE IVERSON                         MARTHA'S VINEYARD ASSOCIATES,

By his attorneys,                      By their attorney,

_____               _____
John P. Fuller, Esq.                   Timothy P. Van Dyck (BBO# 548347)
O. Oliver Wragg, Esq.                  Windy L. Rosebush (BBO #636962)
Fuller, Fuller and Associates, P.A.    EDWARDS ANGELL PALMER & DODGE
120000 Biscayne Blvd., Suite 609       LLP
North Miami, FL 33181                  101 Federal Street
(305) 891-5199                         Boston, Massachusetts 02110
                                       (617) 439-4444

Dated: January 24, 2006                Dated: January 24, 2006